IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS BURKE            :

v.                        : CIVIL ACTION NO. JFM-02-3691

THOMAS R. CORCORAN, ET AL. :

..oOo..

# ORDER

The Office of the Attorney General moves to quash the summonses issued by the Clerk of the Court as to defendants Corcoran and Dotson, claiming that plaintiff's counsel did not direct that summonses go to the defendants, but instead directed that they go to the Office of the Attorney General, without determining whether that office had permission to accept service on behalf of Corcoran and Dotson. (Paper No. 4.) The Office of the Attorney General claims that it does not have authority to accept service as neither of the two defendants granted permission to so do. (*Id.*)

Counsel for plaintiff has not filed a response to the motion to quash. Because it appears that summonses were not properly directed to Corcoran and Dotson, the motion to quash shall be granted.

Accordingly, IT IS HEREBY ORDERED by the United States District Court for the District of Maryland, this _30th_ day of _Jan_____, 2003 that:

1. the motion to quash summonses on defendants Corcoran and Dotson (Paper No. 4) IS GRANTED; and

2. the Clerk of the Court shall MAIL a copy of this Order to Bert Kapinus, counsel for plaintiff and to Assistant Attorney General Stephanie Lane-Weber.

J. Frederick Motz
United States District Judge