IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE

    Plaintiff

vs                               Civil Action No.: JFM-02-3691

THOMAS R. CORCORAN, et. al.

    Defendants

## MOTION

Comes now the Plaintiff, Nicholas Eure, by and through his attorney and requests that the time for filing proof of service be extended for 15 days and for reasons, states:

1. Plaintiff's counsel and the Attorney General's Office have agreed that the Attorney General will accept service on behalf of Defendants Corcoran and Dotson.

2. The parties intend to file a Stipulation with regards to this matter which includes a provision for the Defendants to have 45 days in which to file their response.

3. It is anticipated that the aforementioned Stipulation can be filed with the Court within the next 15 days.

WHEREFORE, Plaintiff prays:

1. That the time for filing a proof of service be extended for 15 days.

2. And for such other and further relief as the nature of this cause may require.

_____/s/_____

Bert W. Kapinus (04255)
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone:  (301) 864-3454