IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS L. EURE                    *

    Plaintiff                    *

vs                                  *

                                  *   Civil Action No.:  JFM-02-3691

THOMAS R. CORCORAN, WARDEN,
et. al.                             *

    Defendants                    *

                                  *

<u>ORDER</u>

Upon consideration of Plaintiff's Motion, it is this \_\_\_\_ day of _____, 2003, by the United States District Court for the District of Maryland,

ORDERED, that the time for filing the proof of service be and is hereby extended to _____.

_____

Frederick J. Motz

United States District Judge