IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NICHOLAS EURE | * | |
| Plaintiff | * | |
| vs | * | Civil Action No.: JFM-02-3691 |
| THOMAS R. CORCORAN, et. al. | * | |
| Defendants | * | |
| | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2003, a copy of the Motion for Extension of Time to file *Proof of Service* and proposed Order which were electronically filed on March 13, 2003, was mailed via first class mail, postage prepaid to Stephanie Lane-Weber, State of Maryland Office of the Attorney General, 200 St. Paul Place, Baltimore, Maryland 21202-2021.

_____/s/_____

Bert W. Kapinus (04255)
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone:  (301) 864-3454
Fax No.:  (301) 927-4205