IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NICHOLAS EURE | * | |
| Plaintiff | * | |
| | * | Civil Action No.: JFM-02-3691 |
| vs | * | |
| THOMAS R. CORCORAN, et. al. | * | |
| Defendants | * | |
| | * | |

## STIPULATION

It is stipulated by the parties that the Office of the Attorney General will accept service on behalf of Defendants Corcoran and Dotson. It is also stipulated that these Defendants will have 45 days from the time of the filing of this Stipulation to file a response to Plaintiff's Claim.

_____/s/_____

Bert W. Kapinus (#04255)
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone: (301) 864-3454
Fax No.: (301) 927-4205

_____/s/_____

Stephanie Lane-Weber
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, Maryland  21202
Telephone: (410) 576-6340
Fax No.: (410) 576-6880