IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE

    Plaintiff

vs                              Civil Action No.: JFM-02-3691

THOMAS R. CORCORAN, et. al.

    Defendants

## MOTION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Nicholas Eure, by and through his attorney, Bert W. Kapinus, and moves the Court to extend the time in which to file a response to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment, and for grounds, states:

1. Plaintiff is currently incarcerated in the Maryland House of Correction - Annex in Jessup.

2. Communications between Plaintiff and counsel are limited by virtue of Plaintiff's incarceration and his inability to contact counsel.

3. The nature of this action is such that discovery is necessary in order to support Plaintiff's claim of deliberate indifference.

4. It is expected that after discovery has been completed, Plaintiff can file an opposition to the Defendant's Motion.

WHEREFORE, Plaintiff prays:

1. That the time for filing an opposition be extended for 120 days.

2.  And for such other and further relief as the nature of this cause may require.

_____/s/_____

Bert W. Kapinus #04255
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone:  (301) 864-3454

Case 1:02-cv-03691-JFM   Document 12   Filed 05/20/2003   Page 2 of 2