IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NICHOLAS EURE | * |
| Plaintiff | * |
| vs | *   Civil Action No.: JFM-02-3691 |
| THOMAS R. CORCORAN, et. al. | * |
| Defendants | * |
| | * |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 21, 2003, a copy of the Motion for Extension of Time to file Opposition to Defendant's Motion to Dismiss or in the Alternative, Motion for Summary Judgment which was electronically filed on May 20, 2003, was mailed via first class mail, postage prepaid to Stephanie Lane-Weber, State of Maryland Office of the Attorney General, 200 St. Paul Place, Baltimore, Maryland 21202-2021.

/s/

Bert W. Kapinus (04255)
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone:  (301) 864-3454
Fax No.:  (301) 927-4205