IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS L. EURE

    Plaintiff

                           CIVIL ACTION NO. JFM-02-3691

THOMAS R. CORCORAN, WARDEN, et al.

    Defendants.

.oOo.

**ORDER**

On May 20, 2003, counsel for plaintiff filed a motion for extension of time to file an opposition to defendant Corcoran and Dotson's motion to dismiss or for summary judgment. (Paper No. 12. The request shall be granted in part. Plaintiff shall file his opposition on or before August 4, 2003

In addition, I observe that service of process has not been effected on defendants Hawkins and Johnson. In accordance with Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., plaintiff must show cause why his complaint against these defendants should not be dismissed.

Accordingly, IT IS this 21st day of May, 2003, by this Court, hereby ORDERED that:

    plaintiff's motion for extension of time (Paper No. 12) IS GRANTED to and including August 4, 2003;

2.    plaintiff shall SHOW CAUSE on or before FOURTEEN (14) DAYS from the date of this Order why his complaint against defendants Hawkins and Johnson should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a. (D. Md. 2001); and

3.    a copy of this Order shall be TRANSMITTED to the parties.

                                 /s/
                           J. Frederick Motz
                           United States District Judge