IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE

    Plaintiff

vs                              Civil Action No.: JFM-02-3691

THOMAS R. CORCORAN, et. al.

    Defendants

## RESPONSE TO SHOW CAUSE ORDER ENTERED HEREIN

Comes now the Plaintiff, Nicholas Eure, by and through his attorney, Bert W. Kapinus, in response to the Court's Order to Show Cause, and states as follows:

1. Plaintiff had been unsuccessful in serving the defendants in this matter because they could not be located.

2. Subsequently, the Attorney General's Office accepted service on behalf of defendants, Thomas R. Corcoran and Lehrman Dotson.

3. Because defendants Samuel Hawkins and Officer Johnson had not been able to be located at the Jessup facility, there was insufficient information in order to obtain alternative addresses for them.

4. It is expected that during the discovery process, the locations of Samuel Hawkins and Officer Johnson will be determined so that they can be served.

WHEREFORE, Plaintiff prays:

1. That the Court not dismiss this action at the present and extend the time for obtaining service upon Samuel Hawkins and Officer Johnson for 60 days.

2. And for such other and further relief as the nature of this cause may require.

_____/s/_____

Bert W. Kapinus #04255
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone: (301) 864-3454