IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE

    Plaintiff

vs      Civil Action No.: JFM-02-3691

THOMAS R. CORCORAN, et. al.

    Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2003, a copy of the Response to Show Cause Order Entered Herein which was electronically filed on June 4, 2003, was mailed via first class mail, postage prepaid to Stephanie Lane-Weber, State of Maryland Office of the Attorney General, 200 St. Paul Place, Baltimore, Maryland 21202-2021.

                                                            /s/

                                        Bert W. Kapinus (04255)
                                        Attorney for the Plaintiff
                                        5503 44th Avenue
                                        Hyattsville, Maryland 20781
                                        Telephone: (301) 864-3454
                                        Fax No.: (301) 927-4205