IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE

    Plaintiff

vs          Civil Action No.: JFM-02-3691

THOMAS R. CORCORAN, et. al.

    Defendants

<u>MOTION TO AMEND COMPLAINT TO CORRECT MISNOMER OF PARTIES</u>

Comes now the Plaintiff, Nicholas Eure, and moves to amend the Complaint and for grounds states:

1. The Plaintiff erroneously named Thomas R. Corcoran as the Warden of the Maryland House of Corrections - Annex. He further erroneously named Lehrman Dotson as the Assistant Warden and finally, he erroneously named Samuel Hawkins as the Chief of Security for the Maryland House of Corrections - Annex.

2. It was subsequently learned that the before mentioned individuals did not serve in the capacities as alleged in the Complaint.

3. At the time of the events which are the basis of this action, the Warden in fact was Ronald Hutchinson, the Assistant Warden was Louis Stewart and the Chief of Security was James V. Peguese..

    4. Plaintiff's claim is based upon his assertion that the Warden, Assistant Warden and Chief of Security for the institution are liable for the injuries he sustained.

    5. The Defendants are not alleged to have any liability in this matter aside from their positions within the institution. It is by virtue of their duties and responsibilities as it relates to the office of the Warden, Assistant Warden and Chief of Security that this claim is based.

    6. Therefore, it is prayed that the Court permit Plaintiff to amend his Complaint to name the proper individuals in this action.

/s/

Bert W. Kapinus #04255
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone: (301) 864-3454