IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE      *
                         *
     v.      *   Civil No. JFM-02-3691
                         *
THOMAS R. CORCORAN, ET AL.      *
                         *****

## ORDER

Upon consideration of defendants' memorandum in opposition to plaintiff's motion to amend complaint to correct misnomer of parties, it is, this 22nd day of July 2003

ORDERED

1. The order entered by this court on July 8, 2003 granting plaintiff's motion to amend complaint to correct misnomer of parties is hereby rescinded; and

2. Plaintiff is given until August 6, 2003 to file a reply to defendants' opposition to plaintiff's motion.

/s/
J. Frederick Motz
United States District Judge