UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 12, 2003

Memo To Counsel Re: Nicholas Eure v. Thomas Corcoran, et al.
Civil No. JFM-02-3691

Dear Counsel:

    I have reviewed the memoranda submitted in connection with plaintiff's motion to amend complaint to correct misnomer of parties. The motion (document #18) is granted. In light of the fact that the defendants are effectively being sued by virtue of their positions, I am satisfied that the relation back requirements of Fed. R. Civ. P. 15(c) are met. It appears that in *Afrika v. Selsky*, 750 F. Supp. 595, 599 (S.D.N.Y. 1990), it was line officers who allegedly were personally involved in committing the alleged wrongs who were sought to be added after limitations had expired. If that is the holding of *Afrika*, I agree with it. To the extent that *Afrika* would encompass the situation presented here, I would respectfully decline to follow it.

    I have also reviewed the motion to dismiss or for summary judgment filed by two of the originally named defendants, Thomas R. Corcoran and Lehrman Dotson (document #10). In light of the fact that they are no longer named as defendants in the amended complaint, the newly added defendants may, of course, file a similar motion if they believe that such a motion is warranted.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge