IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE,                              *

    Plaintiff,         *

    v.                                       *         Civil No. JFM-02-3691

THOMAS R. CORCORAN, ET AL.,     *

    Defendants.                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO DISMISS OR, IN THE ALTERNATIVE,
<u>MOTION FOR SUMMARY JUDGMENT</u>
(Adopting the Dispositive Motion
<u>filed by Former Defendants)</u>**

    Defendants, Ronald Hutchinson, Louis Stewart and James V. Peguese, by their attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and Stephanie Lane-Weber, Assistant Attorney General, move, pursuant to Fed.R.Civ.P. 12(b), to dismiss the complaint filed herein or, in the alternative, move, pursuant to Fed.R.Civ.P. 56 for summary judgment. The grounds of the Motion are:

    1.    The complaint fails to state a claim upon which the relief prayed can be granted.

    2.    There is no genuine dispute as to any material fact and Defendants are entitled to judgment in their favor as a matter of law.

    3.    Defendants adopt by this reference as if fully incorporated herein the dispositve motion filed by former Defendants Thomas R. Corcoran and Lehrman

Dotson on May 1, 2003.

**WHEREFORE**, the Defendants prays that this Court dismiss the complaint against them or, in the alternative, award them summary judgment. In support of this Motion, Defendants incorporate by this reference the dispositive motion filed by former Defendants Corcoran and Dotsons filed on or about May 1, 2003

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland


_____
STEPHANIE LANE-WEBER
Assistant Attorney General
General Bar No. 00023

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland  21202
(410) 576-6340 (Telephone)
(410) 576-6880 (Telefax)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4st day of September, 2003, a copy of the foregoing Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and Memorandum in support thereof, was electronically filed to:

Bert W. Kapinus, Esquire
5503 44th Avenue
Hyattsville, Maryland 20781

_____
STEPHANIE LANE-WEBER
Assistant Attorney General

Case 1:02-cv-03691-JFM    Document 26    Filed 09/04/2003    Page 3 of 3