IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| NICHOLAS EURE | * |
| Plaintiff | * |
|  | *  Civil Action No.: JFM-02-3691 |
| vs | * |
| RONALD HUTCHINSON, et. al. | * |
| Defendants | * |
|  | * |

## MOTION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Nicholas Eure, by and through his attorney, Bert W. Kapinus, and moves the Court to extend the time in which to file a response to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment, and for grounds, states:

1. Plaintiff is currently incarcerated in the Maryland House of Correction - Annex in Jessup.

2. Communications between Plaintiff and counsel are limited by virtue of Plaintiff's incarceration and his inability to contact counsel.

3. Plaintiff submitted discovery requests on or about July 5, 2003. Those were directed to Thomas Corcoran, who was a defendant at the time, or in the alternative Ronald Hutchinson who was in fact the warden at the time of the institution of this action.

4. As of this date, no response to the discovery requests has been received on behalf of either Thomas Corcoran or Ronald Hutchinson.

5. In light of the fact that the Court has granted Plaintiff's Motion to Amend or Correct

the Complaint naming the proper parties, it is Plaintiff's desire to amend his discovery requests and submit those to Ronald Hutchinson and the other named parties.     6. Plaintiff cannot adequately and properly respond to the Motion to Dismiss or in the Alternative Motion for Summary Judgment until such time as the discovery requests have been answered by the Defendants.

7. It is expected that after discovery has been completed, Plaintiff can file an opposition to the Defendants' Motion.

WHEREFORE, Plaintiff prays:

1. That the time for filing any opposition be extended for 120 days.

2. And for such other and further relief as the nature of this cause may require.

/s/

Bert W. Kapinus #04255
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone: (301) 864-3454