IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE

    Plaintiff

vs                              Civil Action No.: JFM-02-3691

THOMAS R. CORCORAN, et. al.

    Defendants

## CONSENT MOTION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Nicholas Eure, by and through his attorney, Bert W. Kapinus, and with the consent of Assistant Attorney General Stephanie Lane-Weber, moves the Court to extend the time in which to file a response to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment, and for grounds, states:

    1. Counsel for Defendants has been unable to provide the response to Plaintiff's discovery requests as of the date of this motion.

    2. It is anticipated that Defendants will file their response within the next 20 days. Plaintiff requests 30 days after receipt of the discovery responses in which to respond to Defendants' motions.

    WHEREFORE, Plaintiff prays:

    1. That the time for filing any opposition be extended for 60 days.

    2. And for such other and further relief as the nature of this cause may require.

/s/
_____

Bert W. Kapinus #04255
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone: (301) 864-3454

/s/
_____

Stephanie Lane-Weber
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, Maryland  21202
Telephone:  (410) 576-6340