UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 8, 2004

Memo To Counsel Re: Nicholas Eure v. Thomas R. Corcoran
Civil No. JFM-02-3691

Dear Counsel:

Please provide me with a report on the status of this case on or before April 16, 2004.

Very truly yours,


/s/


J. Frederick Motz
United States District Judge