IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| NICHOLAS EURE | * |
| Plaintiff | * |
|  | *   Civil Action No.: JFM-02-3691 |
| vs | * |
| THOMAS R. CORCORAN, et. al. | * |
| Defendants | * |
|  | * |

**JOINT STATUS REPORT**

Comes now the Plaintiff, Nicholas Eure, by and through his attorney, Bert W. Kapinus, and with the consent of Assistant Attorney General, Stephanie Lane-Weber, in response to the Court's order of April 8, 2004, states as follows:

1. Defendants have provided responses to Plaintiff's discovery requests and at Plaintiff's request have supplemented those responses as of March 24, 2004.

2. Defendants have filed a Motion for Summary Judgment which has been pending until discovery has been completed.

3. Defendants have not provided certain documents, reports and information which had been the subject of Plaintiff's discovery requests.  Defendants contend that the requested documents, records and information are only retained for a 3 year period and are no longer available.

4. In light of the fact that any further efforts of discovery with regards to these records would be unfruitful, Plaintiff will be required to rely upon the information which is currently available.

     5. It is Plaintiff's intention to file a response to Defendants' Motion for Summary Judgment within 30 days.

          Respectfully submitted,

          _____/s/_____

Bert W. Kapinus #04255
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone: (301) 864-3454