IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NICHOLAS EURE | * |
| Plaintiff | * |
| | * Civil Action No.: JFM-02-3691 |
| vs | * |
| THOMAS R. CORCORAN, et. al. | * |
| Defendants | * |
| | * |

**CONSENT MOTION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, Nicholas Eure, by and through his attorney, Bert W. Kapinus, and with the consent of Assistant Attorney General Stephanie Lane-Weber, moves the Court to extend the time in which to file a response to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment, and for grounds, states:

1. Plaintiff in this matter is incarcerated in the Maryland House of Corrections–Annex in Jessup, Maryland.

2. Because of counsel's trial calendar and an illness and death in his family which has required him to make numerous trips to Western Pennsylvania, he has been unable to visit with the Plaintiff in order to go over the discovery responses received from the Defendants.

WHEREFORE, Plaintiff prays:

1. That the time for filing his response be extended an additional 30 days.

2. And for such other and further relief as the nature of this cause may require.

                                                               /s/

Bert W. Kapinus #04255
Attorney for the Plaintiff
5503 44th Avenue
Hyattsville, Maryland 20781
Telephone: (301) 864-3454

                                                               /s/

Stephanie Lane-Weber
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, Maryland 21202
Telephone: (410) 576-6340

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| NICHOLAS L. EURE | * |
| Plaintiff | * |
|  | * |
| vs | * Civil Action No.:  JFM-02-737 |
| THOMAS R. CORCORAN, WARDEN, et. al. | * |
| Defendants | * |
|  | * |

ORDER

Upon consideration of the Consent Motion to Extend Time in Which to File Response to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment, filed in this matter, it is this _____ day of _____, 2004 by the this Court

ORDERED, that the time for filing Plaintiff's response be and is hereby extended for 30 days.

_____

Frederick J. Motz

United States District Judge