June 16, 2004

**SENT BY ELECTRONIC MAIL**

The Honorable J. Frederick Motz
United States District Court for the
    District of Maryland

                RE: Nicholas Eure vs. Thomas R. Corcoran, et. al.
                    Case No.: JFM 02-3691

Dear Judge Motz:

     The response to Defendant's Motion for Summary Judgment is due today. I was unable to file the response because I was required to return to Pennsylvania last week in order to assist my mother and my secretary was absent from work on Monday and Tuesday of this week. Stephanie Lane-Weber, the Assistant Attorney General, consents to my having until Wednesday, June 23, 2004 to file the response.

     Thank you for your consideration.

                                Very truly yours,

                                /s/

                              Bert W. Kapinus

BWK:eb
cc: Stephanie Lane-Weber