IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE

    Plaintiff

vs                        *     Civil Action No.: JFM-02-3691

THOMAS R. CORCORAN, et. al.

    Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Plaintiff, Nicholas Eure, by and through his attorney, Bert W. Kapinus, Esquire, in opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, states as follows:

1. That there is a genuine dispute between the parties with respect to the facts which are material to Plaintiff's claim in this matter.

2. That Defendants are not entitled to a judgment as a matter of law.

                                                                 /s/

                                                   Bert W. Kapinus #04255
                                                   Attorney for the Plaintiff
                                                   5503 44th Avenue
                                                   Hyattsville, Maryland 20781
                                                   Telephone: (301) 864-3454