IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS EURE           *
                        *
        v.              *   Civil No. JFM-02-3691
                        *
THOMAS R. CORCORAN, ET AL.   *
                       *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 1st day of July 2004

ORDERED

1. Defendants' motion to dismiss or for summary judgment is treated as one for summary judgment and, as such, is granted; and

2. Judgment is entered in favor of defendants against plaintiff.


/s/
J. Frederick Motz
United States District Judge